# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1370**
**CA 14-01028**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, VALENTINO, AND DEJOSEPH, JJ.

---

WILLIAM JACQUES, PLAINTIFF-APPELLANT,

V                                                                    ORDER

LECESSE CONSTRUCTION SERVICES, LLC,
DEFENDANT-RESPONDENT.

---

DAVIDSON FINK LLP, ROCHESTER (ANDREW M. BURNS OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

BOND, SCHOENECK & KING, PLLC, ROCHESTER (JOSEPH S. NACCA OF COUNSEL),
FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered August 19, 2013 in a breach of contract action. The order denied the motion of plaintiff for summary judgment and granted the cross motion of defendant for leave to amend its affirmative defenses.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  February 6, 2015                          Frances E. Cafarell
                                                    Clerk of the Court